IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN SWANSON,<br><br>        Plaintiff,<br><br>    vs.<br><br>AT&T MOBILITY, LLC,<br><br>        Defendant.<br>_____/ | CASE NO. CV F 1:12-0665 LJO DLB<br>New Case No. CV S 2:11-2310 MCE GGH<br><br>**ORDER TO RELATE ACTIONS AND TO ASSIGN NEW DISTRICT JUDGE AND MAGISTRATE JUDGE** |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to the action entitled *Brandon Marshall, et al. v. AT&T Mobility, LLC,* Case No. CV S 2:11-2310 MCE GGH. The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the Court and parties. An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is effected without a further order.

On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to U.S. District Judge Morrison C. England and U.S. Magistrate Judge Gregory G. Hollows with a new **CASE NO. CV S 2:11-2310 MCE GGH**. All documents shall bear the new **CASE NO. CV S 2:11-2310 MCE GGH** and the reassignment to U.S. District Judge Morrison C. England and U.S. Magistrate Judge Gregory G. Hollows.

IT IS SO ORDERED.

**Dated:**   **May 3, 2012**                                              /s/ Lawrence J. O'Neill

| | |
|---|---|
| 1 | UNITED STATES DISTRICT JUDGE |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |